IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01262-WDM-PAC

ASHLEIGH MARIE BOVE,

    Plaintiff(s),

v.

TELECHECK SERVICES, INC., and
PETROLEUM WHOLESALE, LP, d/b/a SUNMART #507,
CITY OF EVANS, and
OFFICER SCOFIELD

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
November 18, 2005

    IT IS HEREBY **ORDERED** that the attached Second Amended Complaint is to be filed this date.  It is further

    **ORDERED** that plaintiff shall serve the newly added defendants no later than **December 1, 2005**, and file proofs of service by December 10, 2005.   It is further

    **ORDERED** that Telecheck's answer or other response to the Second Amended Complaint is to be filed no later than **December 5, 2005**, at which time Telecheck also shall advise the Court whether its pending Motion to Dismiss, Doc. # 7, is mooted by the filing of the Second Amended Complaint.  It is further

    **ORDERED** that the Town of Evans's and Officer Scofield's answers or other responses are to be filed no later than **January 6, 2006**.  It is further

    **ORDERED** that a status and scheduling conference is set for **January 31, 2006** at **9:30 a.m.** in Courtroom A-501.  A proposed amended scheduling order is to be submitted no later than **January 26, 2006.**