IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No.  05-cv-01262-WDM-PAC

ASHLEIGH MARIE BOVE,

    Plaintiff,

v.

TELECHECK SERVICES, INC., and
PETROLEUM WHOLESALE, LP, d/b/a SUNMART #507
CITY OF EVANS, and
OFFICER SCOFIELD,

    Defendants.
_____

## MINUTE ORDER
_____

    By order of Judge Walker D. Miller:

    In light of Magistrate Judge Coan's March 29, 2006 minute order indicating that the parties have reached a settlement, Defendants' motion to dismiss, filed July 15, 2005 (Docket No. 7), is denied without prejudice.


Dated:  March 31, 2006

                                                    s/ Kathy Preuitt-Parks, Deputy Clerk